BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
**THORNDAL ARMSTRONG, P.C.**
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile:  (702) 366-0327
email:  bsd@thorndal.com
email:  aec@thorndal.com

Attorneys for Juan Camilo Escobar

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASON SPANEL,<br><br>    Plaintiff<br><br>vs.<br><br>JUAN CAMILO ESCOBAR; a Nevada resident; USAA CAUALTY INSURANCE COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants | CASE NO. 2:25-cv-00291-CDS-MDC<br><br>**Stipulation of Dismissal of Defendant Juan Camilo Escobar, Only, With Prejudice** |

**IT IS HEREBY STIPULATED AND AGREED**; by and between the parties and their undersigned counsel of record, that the Defendant JUAN CAMILO ESCOBAR may be dismissed

…

…

1

from the above-entitled action with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 19 day of February, 2025

**CRAIG P. KENNY & ASSOCIATES**

By: /s/ Lawrence E. Mittin
Lawrence E. Mittin, Esq.
Nevada Bar No. 5428
501 S. 8th Street
Las Vegas, Nevada 89101
Tel: 702.380-2800 / Fax: 702.629.7925

Attorneys for Plaintiff

Dated this 19th day of February, 2025

**THORNDAL ARMSTRONG, PC**

By: /s/ Aileen E. Cohen
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622 / FAX: (702) 366-0327
email: bsd@thorndal.com
email: aec@thorndal.com

*Attorney for Defendant*

Dated this 19 day of February, 2025

**HANSEN & HANSEN, LLC**

By: /s/ Johnathan J. Hansen
JONATHAN J. HANSEN, ESQ.
Nevada Bar No. 7002
9030 W. Cheyenne Ave. #210
Las Vegas, NV 89129
Tel: (702) 906-1300 / Fax: (702) 620-5732
jjhansen@hansenlawyers.com

*Attorney for Defendant USAA*

### Order

Based on the parties' stipulation, defendant Juan Camilo Escobar is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 20, 2025

_____
United States District Judge