BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
**THORNDAL ARMSTRONG, P.C.**
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile:  (702) 366-0327
email:  bsd@thorndal.com
email: aec@thorndal.com

Attorneys for Juan Camilo Escobar

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON SPANEL | CASE NO. 2:25-cv-00291-CDS-MDC |
| Plaintiff, | |
| vs. | **MOTION FOR REMOVAL OF THORNDAL ARMSTRONG, PC, FROM ELECTRONIC SERVICE LIST** |
| JUAN CAMILO ESCOBAR; a Nevada resident; USAA CAUALTY INSURANCE COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

　　　　Attorneys for Defendant, Juan Camilo Escobar, Aileen E. Cohen, Esq, and Bruce Scott Dickinson, Esq. of THORNDAL ARMSTRONG, PC, submit the following Motion for Removal

…

…

…

1

from Electronic Service List. An Order dismissing Mr. Escobar with prejudice was entered with the court on February 20, 2025. [DOC 7]

        Dated this 21st day of August, 2025

**THORNDAL ARMSTRONG, P.C.**

*Aileen E Cohen*
BY:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile:  (702) 366-0327
email:  bsd@thorndal.com
email: aec@thorndal.com

Attorneys for Juan Camilo Escobar

**ORDER**

        IT IS SO ORDERED.

_____
United States Magistrate Judge
8-26-25